IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM CAMBRIDGE, and MARY PENATZER, Individually and on Behalf of All Other Persons Similarly Situated,<br>                             Plaintiffs,<br><br>          -against-<br><br>SHEETZ, INC.<br><br>                             Defendant. | Case No.<br>1:17-cv-01649-JEJ |

## NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR <u>PRELIMINARY APPROVAL</u>

Named Plaintiffs WILLIAM CAMBRIDGE, and MARY PENATZER ("Plaintiffs" or "Class Representatives"), by and through their undersigned attorneys, will move this Court, on a date and time to be determined by the Court, to grant preliminary certification, for settlement purposes only, of the proposed FLSA Class pursuant to 29 U.S.C. § 216(b) and Pennsylvania Rule 23 Class pursuant to Rule 23 of the Federal Rules of Civil Procedure; appoint Plaintiff William Cambridge and Mary Penatzer as FLSA Class and Pennsylvania Rule 23 Class Representatives; appoint Marc S. Hepworth, Charles Gershbaum, David A. Roth and Rebecca Predovan as Lead and Class Counsel for the FLSA Class and Pennsylvania Rule 23

Class; and Davis S. Senoff and Clayton P. Flaherty of Anapol Weiss as Local Class Counsel for the FLSA Class and Pennsylvania Rule 23 Class; grant preliminary approval of the settlement in this action; appoint JND Class Action Administration as Settlement Administrator; set a date for the final fairness hearing for no earlier than one hundred (100) days after the date of this Court's order granting the motion for preliminary approval of the settlement; direct distribution of the proposed notice to all Pennsylvania Rule 23 Class Members, in accordance with the settlement agreement; and stay all proceedings in this action, other than such proceedings as may be necessary to carry out the terms and conditions of the Preliminary Approval Order and settlement agreement.

In support of this Motion, Plaintiffs submit the following documents:

(a) Plaintiffs' Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval;

(b) The Declaration of Marc Hepworth, together with exhibits;

(c) A proposed Preliminary Approval Order;

(d) A Certificate of Word Count; and

(e) A Certificate of Service.

Dated: February 25, 2019  
New York, New York

Respectfully submitted,

*s/ Marc S. Hepworth*
Marc S. Hepworth (NY 2965812)
David A. Roth (NY 2455590)
Charles Gershbaum (NY 2424190)
Rebecca Predovan (NY 4795837)
HEPWORTH GERSHBAUM & ROTH PLLC
192 Lexington Avenue, Suite 802
New York, New York 10016
Telephone: (212) 545-1199
Facsimile: (212) 532-3801
E-mail: mhepworth@hgrlawyers.com
  droth@hgrlawyers.com
  cgershbaum@hgrlawyers.com
  rpredovan@hgrlawyers.com

David S. Senoff (PA 65278)
Clayton P. Flaherty (PA 319767)
ANAPOL WEISS
One Logan Square
130 N. 18th St, Ste 1600
Philadelphia, PA 19103
Telephone: (215) 735-1130
Facsimile: (215) 875-7733 (Senoff)
  (215 735-1100 (Flaherty)
E-mail: dsenoff@anapolweiss.com
  cflaherty@anapolweiss.com

**Attorneys for Plaintiffs and Opt-Ins**

## CERTIFICATE OF CONCURRENCE OR NONCONCURRENCE

I, Marc Hepworth, hereby certify that pursuant to Local Rule 7.1, that counsel for Plaintiffs sought concurrence in the foregoing Motion for Preliminary Approval and Defendant's counsel does not oppose the filing of this Motion.

Dated: New York, NY  
      February 25, 2019

*s/ Marc S. Hepworth*  
Marc S. Hepworth (NY 2965812)  
HEPWORTH GERSHBAUM &  
ROTH PLLC  
192 Lexington Avenue, Suite 802  
New York, New York 10016  
Telephone: (212) 545-1199  
Facsimile: (212) 532-3801  
E-mail: mhepworth@hgrlawyers.com

I HEREBY CERTIFY on February 25, 2019, I caused to be served a true copy of this document on all counsel of record via the Court's Electronic Case Filing System.

Dated: New York, NY
      February 25, 2019

<u>*s/ Marc S. Hepworth*</u>
Marc S. Hepworth (NY 2965812)
HEPWORTH GERSHBAUM & ROTH PLLC
192 Lexington Avenue, Suite 802
New York, New York 10016
Telephone: (212) 545-1199
Facsimile: (212) 532-3801
E-mail: mhepworth@hgrlawyers.com