IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM CAMBRIDGE, and MARY PENATZER, Individually and on Behalf of All Other Persons Similarly Situated,<br>　　　　　　　　　Plaintiffs,<br><br>-against-<br><br>SHEETZ, INC.<br><br>　　　　　　　　　Defendant. | Case No.<br>1:17-cv-01649-JEJ |

## NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR <u>FINAL APPROVAL</u>

Named Plaintiffs WILLIAM CAMBRIDGE, and MARY PENATZER ("Plaintiffs" or "Class Representatives"), by and through their undersigned attorneys, will move this Court, on a date and time to be determined by the Court, to grant certification, for settlement purposes only, of the proposed FLSA Class pursuant to 29 U.S.C. § 216(b) and Pennsylvania Rule 23 Class pursuant to Rule 23 of the Federal Rules of Civil Procedure; approve Plaintiff William Cambridge and Mary Penatzer as FLSA Class and Pennsylvania Rule 23 Class Representatives; appoint Marc S. Hepworth, Charles Gershbaum, David A. Roth and Rebecca Predovan as Lead and Class Counsel for the FLSA Class and Pennsylvania Rule 23

Class; and Gregory Spizer of Anapol Weiss as Local Class Counsel for the FLSA Class and Pennsylvania Rule 23 Class; grant final approval of the settlement in this action; approve the service awards for the Class Representatives; approve the award of fees and costs for Class Counsel and Local Class Counsel; enter the Final Approval Order; and reserve jurisdiction over the implementation, administration, and enforcement of the judgment and the Agreement and all matters ancillary to the same.

In support of this Motion, Plaintiffs submit the following documents:

(a) Plaintiffs' Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval;

(b) The Declaration of Marc Hepworth, together with exhibits;

(c) The Declaration of Jennifer Keough, together with exhibits;

(d) A proposed Final Approval Order;

(e) A Certificate of Word Count; and

(f) A Certificate of Service.

| | |
|---|---|
| Dated: June 21, 2019<br>New York, New York | Respectfully submitted,<br><br>*s/ Marc S. Hepworth*<br>Marc S. Hepworth (NY 2965812)<br>David A. Roth (NY 2455590)<br>Charles Gershbaum (NY 2424190)<br>Rebecca Predovan (NY 4795837)<br>HEPWORTH GERSHBAUM & ROTH PLLC<br>192 Lexington Avenue, Suite 802<br>New York, New York 10016<br>Telephone: (212) 545-1199<br>Facsimile: (212) 532-3801<br>E-mail: mhepworth@hgrlawyers.com<br>　　　　　droth@hgrlawyers.com<br>　　　　　cgershbaum@hgrlawyers.com<br>　　　　　rpredovan@hgrlawyers.com<br><br>Gregory Spizer (PA 82435)<br>ANAPOL WEISS<br>One Logan Square<br>130 N. 18th St, Ste 1600<br>Philadelphia, PA 19103<br>Telephone: (215) 735-1130<br>Facsimile: (215) 875-7722<br>E-mail: gspizer@anapolweiss.com<br><br>**Attorneys for Plaintiffs and Opt-Ins** |

## **CERTIFICATE OF CONCURRENCE OR NONCONCURRENCE**

I, Marc Hepworth, hereby certify that pursuant to Local Rule 7.1, that counsel for Plaintiffs sought concurrence in the foregoing Motion for Final Approval and Defendant's counsel does not oppose the filing of this Motion.

Dated: New York, NY
      June 21, 2019

*s/ Marc S. Hepworth*
Marc S. Hepworth (NY 2965812)
HEPWORTH GERSHBAUM &
ROTH PLLC
192 Lexington Avenue, Suite 802
New York, New York 10016
Telephone: (212) 545-1199
Facsimile: (212) 532-3801
E-mail: mhepworth@hgrlawyers.com

      I HEREBY CERTIFY on June 21, 2019, I caused to be served a true copy of this document on all counsel of record via the Court's Electronic Case Filing System.

| | |
|---|---|
| Dated: New York, NY<br>      June 21, 2019 | <u>*s/ Marc S. Hepworth*</u><br>Marc S. Hepworth (NY 2965812)<br>HEPWORTH GERSHBAUM &<br>ROTH PLLC<br>192 Lexington Avenue, Suite 802<br>New York, New York 10016<br>Telephone: (212) 545-1199<br>Facsimile: (212) 532-3801<br>E-mail: mhepworth@hgrlawyers.com |